ACCEPTED
03-14-00116-CV
3880783
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/23/2015 2:19:51 PM
JEFFREY D. KYLE
CLERK



Clark Richards
crichards@rrsfirm.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/23/2015 2:19:51 PM
JEFFREY D. KYLE
Clerk

January 23, 2015

*(Via Efile)*
Jeffrey D. Kyle, Clerk of Court
Third Court of Appeals
Price Daniel Sr. Building
209 West 14th, Rm. 101
Austin, Texas 78701

  Re: Case No. 03-14-00116-CV;
    *Steve Key et al. vs. Daniel R. Richards, as Receiver for Centex Freight Lines, LLC*
    *and Prudence Adams*

Dear Mr. Kyle:

  In response to the Court's notice dated January 21, 2015 regarding oral argument in the above referenced cause, please accept this as notice that Clark Richards will argue on behalf of Appellees. Also, please note that Russell Horton of George, Brothers, Kincaid & Horton, L.L.P. does not represent any party in this proceeding.

  Thank you for your attention. Please let me know if I can be of assistance in any way.

        Sincerely,
        **RICHARDS RODRIGUEZ & SKEITH, LLP**

        Clark Richards

cc: David Walsh **(Via Fax & Email dmwalsh@chambleeryan.com)**
   Chamblee, Ryan, Kershaw & Anderson, P.C.
   2777 N. Stemmons Freeway, Suite 1157
   Dallas, Texas 75207